UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 0:17-cv-62277-WPD (Dimitrouleas/Snow)

MITCHIL BECHET,

    Plaintiff,

v.

FOCUS FINANCIAL SERVICES

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff MITCHIL BECHET and Defendant FOCUS FINANCIAL SERVICES, by and through their undersigned counsel, and would represent to the Court that this action has been resolved, and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **17th day of July, 2018.**

| | |
|---|---|
| */s/ Jordan A. Shaw* <br> Jordan A. Shaw, Esquire <br> Florida Bar No.: 11771 <br> Jshaw@zpllp.com <br> ZEBERSKY PAYNE, LLP <br> 110 SE Sixth Street, Suite 2150 <br> Fort Lauderdale, FL 33301 <br> Telephone (954) 989-6333 <br> Facsimile (954) 989-7781 <br> *Attorneys for Plaintiff* | */s/ Ernest H. Kohlmyer, III* <br> Ernest H. Kohlmyer, III, Esquire <br> Florida Bar No.: 110108 <br> skohlmyer@Shepardfirm.com <br> Mary Grace Dyleski <br> Florida Bar No.: 0143383 <br> mdyleski@shepardfirm.com <br> Rachel M. Ortiz <br> Florida Bar No. 083842 <br> rortiz@shepardfirm.com <br> SHEPARD, SMITH, KOHLMYER & HAND, P.A. <br> 2300 Maitland Center Parkway, Suite 100 <br> Maitland, FL 32751 <br> Phone: (407) 622-1772 <br> Fax: (407) 622-1884 <br> *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 17, 2018**, via the Clerk of Court's CM/ECF system which will provide electronic notice to the following attorney of record: Jordan A. Shaw, Esquire with the law firm of Zebersky Payne, LLP, at jshaw@zpllp.com  *(Attorneys for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@Shepardfirm.com
Mary Grace Dyleski
Florida Bar No.: 0143383
mdyleski@shepardfirm.com
Rachel M. Ortiz
Florida Bar No. 083842
rortiz@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant*
