UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-62277-Civ- DIMITROULEAS / SNOW

MITCHIL BECHET, an individual,

  Plaintiff,

v.

FOCUS FINANCIAL SERVICES,

  Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE 21], filed on July 17, 2018.  Upon review of the Stipulation and the record, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney fees and costs.  The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida this 18th day of July, 2018.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record